(135 So. 311)
James, alias Jim, HUGHES v. STATE.

7 Div. 46.

Supreme Court of Alabama.

June 11, 1931.

Joe Brown and E. O. McCord & Son, all of Gadsden, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

**196**

**FOSTER, J.**

Petition of James Hughes for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hughes v. State, 135 So. 310.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.